# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/6/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 05-00260JMS

CASE NAME:       USA vs. (01) JAMES LOW

ATTYS FOR PLA:   Mark A. Inciong

ATTYS FOR DEFT:  (01) Richard L. Hoke, Jr.

INTERPRETER:

JUDGE:    Leslie E. Kobayashi        REPORTER:   FTR-Courtroom 7

DATE:     1/6/2006                    TIME:       10:15-10:24

COURT ACTION:  EP: Motion to Withdraw as Counsel as to Defendant (01) James Low - Defendant present in custody.

Court questions Defendant. Motion Granted and terminated.

CJA Atty Harlan Kimura Re-Appointed Atty for Defendant.

Hoke to prepare Order Granting Motion and Withdrawal and Substitution of Counsel.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager