ORIGINAL

PAVEY HOKE AND WATSON
RICHARD L. HOKE. JR.  2486
Century Square Suite 907
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 531-5927
Facsimile (808) 531-5315

Attorney for Defendant JAMES LOW

LODGED
JAN 11 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 13 2006
at 9 o'clock and 10 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>JAMES LOW,     (01)<br><br>          Defendant. | ) CR.NO. 05-00260<br>)<br>) ORDER GRANTING MOTON<br>) TO WITHDRAW AS COUNSEL<br>)  AND SUBSTITUTION OF<br>)  COUNSEL<br>)<br>)<br>)<br>) |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND SUBSTITUTION OF COUNSEL

Defendant JAMES LOW's motion to withdraw as counsel having come on for hearing before the Honorable LESLIE E. KOBAYASHI in her courtroom on Friday, January 6, 2006; present were Defendant JAMES LOW, Attorney RICHARD L. HOKE, JR., and Assistant United States Attorney MARK INCIONG; and the Court having heard the representations of Defendant and counsel and finding fair and just reasons for the withdrawal;

IT IS HEREBY ORDERED that Defendant JAMES LOW's motion to withdraw as counsel is granted. Attorney RICHARD L. HOKE, JR. is permitted to withdraw as

Defendant's counsel. The Court appoints attorney HARLAN Y. KIMURA to substitute as attorney for Defendant JAMES LOW.

Dated: Honolulu, Hawaii. _____

_____
Honorable LESLIE E. KOBAYASHI
Magistrate of the above-entitled Court


APPROVED AS TO FORM ONLY:

_____
MARK INCIONG
Assistant United States Attorney
United States of America


United States of America v. James Low, Cr. No. 05-00260, Order Granting Motion to Withdraw as Counsel and Substitution of Counsel, Page 2