MATTHEW A. HORN #3913
Dillingham Transportation Building
735 Bishop Street, Suite 316
Honolulu, Hawaii 96813
Telephone: 523-0037
Fax: 524-5133

MICHAEL J. PARK #4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2382
Honolulu, Hawaii 96813
Telephone: 536-4456
Fax: 536-4988
E-mail: mparkatty@hawaii.rr.com

Attorneys for Defendant James Low

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00260 JMS ~~04-00061-DAE-03~~ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | WITHDRAWAL AND |
| | ) | SUBSTITUTION OF COUNSEL; |
| VS. | ) | ORDER; AND CERTIFICATE OF |
| | ) | SERVICE |
| JAMES LOW (1) | ) | |
| | ) | |
| Defendant. | ) | |

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**



Harlan Y. Kimura, attorney for the Defendant, hereby withdraws as counsel of record and Matthew A. Horn and Michael J. Park are hereby substituted as Counsels for the Defendant James Low. This withdrawal and substitution is made pursuant to Rule 47, of the Federal Rules of Criminal Procedure, and local Rules 57.9.

DATED: Honolulu, Hawai'i,  1/13/06 .

_____
JAMES LOW
DEFENDANT

_____
HARLAN Y. KIMURA

_____
MATTHEW A. HORN

_____
MICHAEL J. PARK

IT IS APPROVED AND SO ORDERD:

_____
J. MICHAEL SEABRIGHT
United States District Judge
District of Hawaii
U.S. Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certifies that a true and exact copy of the foregoing document will be served on the following party by U.S. mail, or personal delivery on the date of filling:

Mark A. Inciong
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Attorney for Plaintiff


Harlan Y. Kimura
Central Pacific Plaza
220 S. King Street, Suite 1660
Honolulu, Hawaii 96813


DATED: Honolulu, Hawaii, January 12, 2005.

_____
MICHAEL J. PARK