MATTHEW A. HORN 3913
Dillingham Transportation Building
735 Bishop Street, Suite 316
Honolulu, Hawaii  96813
Ph:   523-0037

MICHAEL J. PARK, 4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii  96813
Ph:   536-4456

Attorneys for Defendant James Low

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.  05-00260 JMS |
| | ) | |
| v. | ) | THIRD MOTION FOR |
| | ) | RECONSIDERATION OF |
| JAMES LOW (1), | ) | DETENTION ORDER; |
| | ) | DECLARATION OF COUNSEL; |
| Defendant. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | DATE: |
| | ) | TIME: |
| _____ | ) | JUDGE: |

THIRD MOTION FOR RECONSIDERATION OF DETENTION ORDER

COMES NOW, Defendant James Low, by and through his counsels Michael J. Park and Matthew A. Horn and hereby moves this Honorable Court to reconsider releasing him pretrial, with specific conditions as deemed necessary.

This motion is brought pursuant to 18 USC 3142 and 18 USC 3145(b), the records and files of this case, the attached Declaration of Counsel, and Memorandum of Law and such other and further evidence as may be adduced at the hearing on this motion.

DATED: Honolulu, Hawaii, January 24, 2006.

_____
/s/Michael J. Park
Attorney for Defendant Low