## CERTIFICATE OF SERVICE

I hereby certifies that a true and exact copy of the foregoing document will be served on the following party by U.S. mail, or personal delivery on the date of filling:

Mark Inciong
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Attorney for Plaintiff

Pretrial Services Officer
PJKK Federal Building
300 Ala Moana Blvd., Room 7310
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, January 24, 2006.

_____
/s/MICHAEL J. PARK