# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/8/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR05-00260JMS

CASE NAME:          USA v. (01) James Low

ATTYS FOR PLA:      Mark Inciong

ATTYS FOR DEFT:     (01) Matthew Horn

INTERPRETER:

JUDGE:    Kevin S.C. Chang          REPORTER:    FTR C5

DATE:     2/8/2006                  TIME:        2:01-2:10:07pm

COURT ACTION:  EP: Third Motion for Reconsideration of Detention Order as to Defendant 01 - defendant present, in custody.

Arguments held.

Motion denied. Government to prepare the order

Defendant is remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager