EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00260 JMS |
| | ) | |
| Plaintiff, | ) | ORDER DENYING DEFENDANT |
| | ) | LOW'S THIRD MOTION TO |
| | ) | RECONSIDER ORDER OF |
| JAMES LOW,           (1) | ) | DETENTION |
| | ) | |
| Defendant. | ) | |

ORDER DENYING DEFENDANT'S THIRD
MOTION TO RECONSIDER ORDER OF DETENTION

After review of the Defendant's third motion to reconsider the order of detention, the supplemental pretrial services report and argument from the Government and Defendant, it is determined that there has been no change in facts or circumstances sufficient to warrant any modification to the order of detention against Defendant Low.

IT IS HEREBY ORDERED that the Defendant's third motion to reconsider his order of detention is denied and Defendant

shall remain detained pending trial in the above-captioned matter.

      IT IS SO ORDERED.

      DATED this 10 day of February, 2006 at Honolulu, Hawaii.





_____
Kevin S.C. Chang
United States Magistrate Judge

United States v. Low
CR. NO. 05-00260 JMS
"Order Denying Defendant's Third
Motion to Reconsider Detention Order"

2