MATTHEW A. HORN 3913
Dillingham Transportation Building
735 Bishop Street, Suite 316
Honolulu, Hawaii 96813
Ph:  523-0037

MICHAEL J. PARK, 4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
Ph:  536-4456

Attorneys for Defendant James Low

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 05-00260 JMS |
| | ) | |
| v. | ) | MOTION TO WITHDRAW AS |
| | ) | COUNSEL; DECLARATION OF |
| JAMES LOW (1), | ) | COUNSEL; CERTIFICATE OF |
| | ) | SERVICE |
| Defendant. | ) | |
| | ) | DATE: |
| | ) | TIME: |
| | ) | JUDGE: |
| _____ | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Defendant, JAMES LOW, by and through undersigned counsel, MATTHEW A. HORN and MICHAEL J. PARK, move this Court to allow counsel to withdraw in the attorney-client relationship.

   This motion is pursuant to LR 83.6(b), U.S. District Court and based upon the Sixth Amendment and is supported by the attached Declaration of Counsel.

DATED:  Honolulu, Hawaii, February 13, 2006.

                _____
                /s/ MICHAEL J. PARK
                Co-counsel for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

    Mark A. Inciong
    mark.inciong@usdoj.gov
    madelynn.derby@usdoj.gov;
    USAHI.ECFNarcotics@usdoj.gov
    Honolulu, Hawaii 96850
    Attorney for Plaintiff

    Matthew C. Winter
    matthew_winter@fd.org
    lynelle_oshita@fd.org

Served by First Class Mail or hand-delivery:

    Matthew A. Horn
    735 Bishop St Ste 316
    Honolulu, Hi 9681

    DATED: Honolulu, Hawaii,  February 13, 2006.

                                                                                                     _____
                                                                                                     /s/ MICHAEL J. PARK