IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.  05-00260 JMS |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES LOW (1), | ) | DECLARATION OF COUNSEL |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## DECLARATION OF COUNSEL

I, MICHAEL J. PARK, hereby declare as follows:

1.      Declarant is co-counsel for Defendant, JAMES LOW, licensed to practice law before this Court.

2.      Defendant is currently being housed at the Federal Detention Center awaiting trial which is presently scheduled for May 2, 2006.

3.      After a third detention hearing Defendant spoke with Counsel Matthew Horn and stated that Declarant and Co-counsel Matthew Horn withdraw as his counsels.

4.      Declarant is unable to specify the reasons for withdrawal because it would violate the Rules of Professional Conduct.

I DECLARE UNDER PENALTY OF LAW THAT THE FORGOING IS

TRUE AND CORRECT.

DATED:  Honolulu, Hawaii, February 13, 2006.


                                             _____

                                             /s/MICHAEL J. PARK