# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/22/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR05-00260JMS

CASE NAME:        USA v. (01) James Low

ATTYS FOR PLA:    Mark Inciong

ATTYS FOR DEFT:   (01) Matthew Horn
                  (01) Michael Park

INTERPRETER:

JUDGE:    Kevin S.C. Chang         REPORTER:    FTR C5

DATE:     2/22/2006                TIME:        2:16-2:21:17pm

COURT ACTION:  EP: Motion to Withdraw as Counsel as to Defendant (01) - defendant present, in custody.

Defendant informs the court that he wishes to dismiss his retained counsel Matthew Horn and Michael Park and represent himself.  Court will hold this Motion in abeyance until 2/24/06 at 2:00pm before Judge Chang at which time the court will hold a Further Hearing on Motion to Withdraw as Counsel and the court will colloquy defendant as to his right to self representation

Court urged defendant to confer with his counsel as to the questions the court will ask defendant as to his right to self representation

Defendant is remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager