# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00260JMS |
| CASE NAME: | USA v. (01) James Low |
| ATTYS FOR PLA: | Mark Inciong |
| ATTYS FOR DEFT: | (01) Michael Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/24/2006 | TIME: | 2:16-2:49:04pm |

COURT ACTION:  EP:
1. Further Hearing on Motion to Withdraw as Counsel
2. Court's Colloquy as to Defendant's Right to Self Representation as to Defendant (01) James Low

Defendant present, in custody.

Defendant sworn.  The reason defendant wants to represent himself is because he feels he has been waiting too long and wants to have his trial.  Court questions defendant as to the dangers/disadvantages of self-representation.

The court having questioned defendant cannot say that defendant is making a knowing and intelligent waiver of his right to counsel.  It appears that defendant's primary concern is to have an expeditious and speedy trial which goal can be accomplished with counsel.  It does not appear that defendant understands the possible penalties and does not have a full understanding of the dangers/disadvantages of self-representation.  Defendant's request to waive his right to counsel and represent himself is denied.  The 5/2/06 jury trial date remains.

The Motion to Withdraw as Counsel shall be continued to 3/3/06 at 2:30pm before Judge Kurren.

Defendant is remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager