# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3-3-06  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 05-00260JMS

CASE NAME:       USA v. (01) James Low

ATTYS FOR PLA:   Mark A. Inciong

ATTYS FOR DEFT:  (01) Michael J. Park and Matthew A. Horn

INTERPRETER:

|   |   |   |   |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 3-3-06 | TIME: | 2:31 - 2:48 |

COURT ACTION:  EP:  Further Hearing on Motion to Withdraw as Counsel for (01) James Low - DENIED. Deft present in custody.

Defendant made an oral request to represent himself.  Deft queried and advised of his right to have counsel.  Further Conference Re Defendant (01) James Low's Request to Proceed Pro set for 3-10-06 @ 10 a.m., BMK.

Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager