IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 05-00260 JMS |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES LOW (1), | ) | DECLARATION OF COUNSEL |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## DECLARATION OF COUNSEL

I, MICHAEL J. PARK, hereby declare as follows:

1.      Declarant is co-counsel for Defendant, JAMES LOW, licensed to practice law before this Court.

2.      Defendant is currently being housed at the Federal Detention Center awaiting trial which is presently scheduled for May 2, 2006.

3.      Declarant and Defendant have met since the March 3, 2006, hearing and have reached irreconcilable differences with the advocacy of his case.

4.      In addressing the Motion to Withdraw as Counsel in prior hearings, the focus of the hearing shifted from withdrawal of counsel to whether or not Defendant should be able to represent himself. The Motion to Withdraw as Counsel was subsumed in addressing whether Mr. Low could knowingly and

intelligently waive his right to counsel. At this time, Declarant and co-counsel renew their motion to withdraw as Defendant's counsels.

5. Defendant has an underlying distrust with lawyers because of the inherent relationship between the profession, the processes of government and law enforcement.

6. Defendant is not satisfied the way counsels have handled his case thusfar.

7. Declarant is unable to state reasons for withdrawal with specificity because it would violate the Rules of Professional Conduct.

I DECLARE UNDER PENALTY OF LAW THAT THE FORGOING IS TRUE AND CORRECT.

DATED:  Honolulu, Hawaii, March 7, 2006.

_____
/s/MICHAEL J. PARK