# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3-10-06  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:      CR 05-00260JMS

CASE NAME:        USA v. (01) James Low

ATTYS FOR PLA:    Mark A. Inciong

ATTYS FOR DEFT:   (01) Matthew A. Horn, Michael J. Park

INTERPRETER:

---

JUDGE:    Barry M. Kurren          REPORTER:   C6F

DATE:     3-10-06                  TIME:       10:02 - 10:19

---

COURT ACTION:  EP: Conference Re Defendant (01) James Low's Request to Proceed Pro Se - deft queried and advised of right to counsel.  Defendant waived right to counsel.  Defendant's oral request to proceed pro se with stand by counsel GRANTED.

Second Motion to Withdraw as Counsel for (01) James Low GRANTED as to Matthew A. Horn and Michael J. Park.  CJA stand by counsel to be appointed.  Park to prepare order.

EO: Richard Kawana appointed as stand by counsel.

Submitted by Richlyn Young, courtroom manager