# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/10/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR NO. 05-00260JMS

CASE NAME:        USA vs. (01) JAMES LOW

ATTYS FOR PLA:    Mark A. Inciong

ATTYS FOR DEFT:   (01) James Low (Defendant Pro Se)
                  Richard S. Kawana (Standby Counsel)

INTERPRETER:

JUDGE:    Leslie E. Kobayashi        REPORTER:    FTR-Courtroom 7

DATE:     4/10/2006                  TIME:        10:05-10:23


COURT ACTION:  EP: **CRIMINAL FINAL PRETRIAL CONFERENCE held.**
Defendant present in custody.

Jury Trial before Judge J. Michael Seabright on May 9, 2006 at 9:00.a.m..

Representations by counsel on trial time:
The United States: 3 day(s); 10 to 12 witnesses.

Defendant: (01) James Low - 1 day(s); 0 to 2 witnesses.

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants: (01) James Low

1.  Fed. R. Evid. 404(b) : April 12, 2006
2.  a.   Motions in Limine filed and served by :April 19, 2006. Government: 1, Defendant: 0 to 2.
    b.   Memoranda in opposition to motions in limine filed and served by: April 24, 2006.
3.  Brady and Giglio Material by: April 19, 2006
4.  a.   Jury Instructions exchanged by April 19, 2006.
    d.   Filings required by 4(b) & (c) by: April 26, 2006.
5.  Witness Lists per stipulation by May 2, 2006.
6.  Exhibits

    a.    Parties will exchange exhibits.
    b.    Original exhibits tabbed and in folders/binders, copy in folders/binders.
7. <u>Stipulations</u>: In writing and filed by April 26, 2006.
8. <u>Voir Dire Questions</u>: In writing by April 26, 2006.
9. <u>Trial Briefs</u>: by April 26, 2006.
10. <u>Jencks Disclosures</u> by the Friday before trial
11. <u>Other Matters</u>: **Superseding Indictment to be filed. Defendant requests Vietnamese interpreter for trial witness.** CR Final Pretrial Conference Order to be issued.
12. N/A


Submitted by: Warren N. Nakamura, Courtroom Manager


CR NO. 05-00260JMS;
USA vs. (01) JAMES LOW;
Final Pretrial Conference Minutes
4/10/2006