MATTHEW A. HORN 3913
Dillingham Transportation Building
735 Bishop Street, Suite 316
Honolulu, Hawaii 96813
Ph: 523-0037

MICHAEL J. PARK, 4944
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2302
Honolulu, Hawaii 96813
Ph: 536-4456

Attorneys for Defendant James Low

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>JAMES LOW (1), )<br>)<br>Defendant. )<br>)<br>)<br>)<br>)<br>_____) | CR No. 05-00260 JMS<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND SUIBSTITUTION OF COUNSEL; CERTIFICATE OF SERVICE<br><br>THE HONORABLE BARRY M. KURREN |

ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL AND SUBSTITUTION OF COUNSEL

On March 10, 2006, at 10:00 a.m., this matter came for hearing on the

motion of counsel for defendant to withdraw as counsel for the defendant. At that

ORIGINAL

time, Michael J. Park and Matthew A. Horn appeared on behalf of the movant. Mark Inciong appeared on behalf of the United States. The defendant was present.

The Court having considered the motion and the representations and arguments of counsel, the Court finds that there is sufficient basis to warrant the relief requested in the Motion to Withdraw as Counsel.

Accordingly, IT IS HEREBY ORDERED THAT the Motion to Withdraw as Counsel is hereby granted due to a conflict of interest, and that counsel from the CJA panel, Richard S. Kawana, Esq., is appointed in the instant matter for all proceedings hereafter.

IT IS SO ORDERED:

DATED: Honolulu, Hawaii,

_____
for The Honorable Barry Kurren
United States Magistrate Judge
District of Hawaii


United States v. James Low
Cr. No. 05-00260 JMS
ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND SUBSTITUTION OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Mark A. Inciong
mark.inciong@usdoj.gov
madelynn.derby@usdoj.gov;
USAHI.ECFNarcotics@usdoj.gov
Honolulu, Hawaii 96850
Attorney for Plaintiff

DATED: Honolulu, Hawaii,  April 8, 2006.

/s/ MICHAEL J. PARK