# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/13/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CRIMINAL 05-00260JMS-01

CASE NAME:       United States of America vs. James Low

ATTYS FOR PLA:   Mark A. Inciong

ATTYS FOR DEFT:  Richard Kawana

INTERPRETER:

JUDGE:  J. Michael Seabright     REPORTER:  Sharon Ross

DATE:   4/13/2006                TIME:      2:35 - 3:10

COURT ACTION:  1) Status Conference 2) Arraignment and Plea to the Second Superseding Indictment:

Defendant present in custody with counsel Richard Kawana.  Jerry Wilson also present.

Mr. Inciong read the Second Superseding Indictment in Open Court.

Plea of Not Guilty entered to the Second Superseding Indictment.

The Court questioned the defendant regarding proceeding pro se.  Defendant opted to proceed pro se.

Defendant informed the Court he would like his trial to start on May 9, 2006.  Present stand-by counsel Richard Kawana will not be available the week of May 15, 2006 and the week after.
Court had Jerry Wilson in the Courtroom in the event Mr. Kawana gets replaced by Mr. Wilson and the defendant needed to talk to Mr. Wilson.
Court appointed Mr. Wilson to represent defendant James Low as stand-by counsel.

Jury Selection will commence on May 9, 2006 at 9:00 a.m. and opening statements will begin on May 16, 2006 at 9:00 a.m.

Waiver of Time Exclusion Based On New Charges filed in Open Court.

Submitted by:  Dottie Miwa, Courtroom Manager

Case 1:05-cr-00260-ACK    Document 81    Filed 04/13/2006    Page 2 of 2