FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 13 2006

at 2 o'clock and 10 min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CR. NO. 05-00260 JMS |
|                                  ) | |
| Plaintiff,   ) | |
|                                  ) | WAIVER OF TIME EXCLUSION |
| vs.                              ) | BASED ON NEW CHARGES |
|                                  ) | |
| JAMES LOW,            (1)        ) | |
|                                  ) | |
| Defendant.   ) | |
|                                  ) | |

WAIVER OF TIME EXCLUSION BASED ON NEW CHARGES

I, James Low, the above-named Defendant, who has been charged in a Second Superseding Indictment, being advised of the nature of the charges, and of my rights, hereby waive in open court on April 13, 2006, my right, pursuant to Title 18, U.S.C. Section 3161(c)(2), to have the trial in this matter not commence less than thirty days from April 13, 2006, the date on which I made my initial appearance, pro se, on the charges contained in the Second Superseding Indictment.

DATED: 4/13/6, at Honolulu, Hawaii.

_____
JAMES LOW
Defendant

_____
RICHARD KAWANA
Standby Counsel for Defendant