# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CRIMINAL 05-00260JMS-01 |
| CASE NAME: | United States of America vs. James Low |
| ATTYS FOR PLA: | Mark A. Inciong |
| ATTYS FOR DEFT: | James Low - Pro Se<br>Richard Kawana Stand-by Counsel |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Ann Matsumoto |
| DATE: | 4/17/2006 | TIME: | 9:35 - 9:40 |

COURT ACTION:  Status Conference:

Defendant present in custody with stand-by counsel Richard Kawana.

Defendant informed the Court that he wants Mr. Kawana to remain as his stand-by counsel and wants to continue the trial to June 6, 2006.  Mr. Inciong had no objections Mr. Kawana remaining on the case.

The Court orders that the period from May 9, 2006 to and including June 6, 2006 be excluded from computation under the Speedy Trial Act.

Mr. Inciong to prepare Stipulation and Order regarding speedy trial.

Mr. Kawana to file an affidavit representing that he is back on this case.

Submitted by: Dottie Miwa, Courtroom Manager