AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
~~DISTRICT OF HAWAII~~

APR 17 2006

at 3 o'clock and 40 min. P M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

SUMMONS IN A CRIMINAL CASE

V.

Case Number: CR 05-00260 JMS

JAMES LOW
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | AS DESIGNATED |
| | Date and Time |
| Before: Leslie E. Kobayashi, United States Magistrate Judge | April 18, 2006 @ 1:00 p.m., LEK |

To Answer a(n) Superceding Indictment

Charging you with a violation of Title 21; 18 United States Code, Section(s) 846, 841(a)(1) and (b)(1)(A); 922(g)(1) and 924(a)(2).

Brief description of offense:
Count 1: Conspiracy to distribute methamphetamine.
Count 2: Possess w/intent to distribute methamphetamine.
Count 3: Felon in possession of firearms and ammunition.

RECEIVED
2006 APR 13 PM 1:11
U.S. MARSHALS SERVICE
HONOLULU, HI

Sue Beitia
Name and Title of Issuing Officer

Signature of Issuing Officer/Deputy Clerk

April 12, 2006
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case                CR 05-00260 JMS

### RETURN OF SERVICE

Service as made by me on:[1]        Date   4-17-06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: USMS-HI CELLBLOCK

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left:_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____          _____~~Mark M. Hanohano~~_____
              Date                   Name of United States Marshal

                                    _____
                                    (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure