RICHARD S. KAWANA  #1608
Attorney at Law
4 South King Street, Suite 201
Honolulu, HI  96813
Tel. No.:  (808) 536-6805
Fax: (808) 536-7195
Standby Counsel for Defendant
JAMES T. LOW

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00260 JMS |
| | ) |
| Plaintiff, | ) NOTICE OF APPEARANCE OF STANDBY |
| | ) COUNSEL |
| vs. | ) |
| | ) |
| JAMES T. LOW, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

NOTICE OF APPEARANCE OF STANDBY COUNSEL

RICHARD S. KAWANA, Attorney at Law, hereby enters his appearance as Standby Counsel for Defendant JAMES T. LOW, pro se, pursuant to his reappointment by the court effective April 18, 2006 after the status conference herein before the Honorable J. Michael Seabright, U.S. District Judge, on April 17, 2006. Counsel had previously been appointed and served as Standby Counsel from March 10, 2006 to and through April 13, 2006 when Jerry I. Wilson, Esq., was appointed by the court.

Dated: Honolulu, Hawaii, April 19, 2006.

/s/ Richard S. Kawana
RICHARD S. KAWANA
Standby Counsel for Defendant