ORIGINAL

JAMES T. LOW
# 92234-022
Federal Detention Center Honolulu
P.O. Box 30080
Honolulu, HI 96820
Tel. No.:(808) 538-4300
Defendant Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 09 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JAMES T. LOW,<br><br>            Defendant. | CR. NO. 05-00260 JMS<br><br>DEFENDANT'S MOTION IN LIMINE TO DETERMINE ADMISSIBILITY OF FRE 801(d)(2) STATEMENTS; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>DATE: JUN 0 1 2006<br>TIME: 9:00 A.M.<br>JUDGE: J. MICHAEL SEABRIGHT<br><br>TW: 6/6/06 |

## DEFENDANT'S MOTION IN LIMINE TO DETERMINE ADMISSIBILITY OF FRE 801(d)(2) STATEMENTS

COMES NOW JAMES T. LOW, DEFENDANT PRO SE, and moves pursuant to Fed.R.Cr.P. 12 and FRE 104(a) and 801(d)(2)(E) for a pretrial determination of the admissibility of certain hearsay statements. This motion is based upon the attached memorandum, the files and records of this case, and upon all such further matters, properly before the court, demonstrating that this motion should be granted.

DATED: Honolulu, Hawaii, May 9, 2006.

                                                JAMES T. LOW
                                                Defendant Pro Se