CERTIFICATE OF SERVICE

I hereby certify that the foregoing document will be duly served on May 9, 2006, by hand delivery upon the following:

EDWARD H. KUBO
United States Attorney
MARK A. INCIONG
Assistant United States Attorney
Prince Jonah Kuhio Kalanianaole
    Federal Bldg, Rm 6-100
300 Ala Moana Blvd., Box 50183
Honolulu, HI 96850
  Attorneys for Plaintiff
  UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, MAY 0 9 2006.

RICHARD S. KAWANA
Standby Counsel for Defendant