ORIGINAL

JAMES T. LOW
# 92234-022
Federal Detention Center Honolulu
P.O. Box 30080
Honolulu, HI 96820
Tel. No.:(808) 538-4300
Defendant Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 09 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES T. LOW,<br><br>Defendant. | CR. NO. 05-00260 JMS<br><br>DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER GRANTING GOVERNMENT'S MOTION TO DETAIN DEFENDANT WITHOUT BAIL; DECLARATION; CERTIFICATE OF SERVICE<br><br>DATE:_____<br>TIME:_____<br>JUDGE: KEVIN S.C. CHANG<br><br>TW: 6/6/06 |

DEFENDANT'S MOTION FOR RECONSIDERATION
OF ORDER GRANTING GOVERNMENT'S MOTION
TO DETAIN DEFENDANT WITHOUT BAIL

COMES NOW JAMES T. LOW, Defendant pro se, and moves for reconsideration of the order granting the government's motion to detain defendant without bail. This motion is made pursuant to 18 U.S.C. § 3142, the Fifth and Eighth Amendments, the files and records of this case, the attached declaration of defendant, and all matters properly

before the court and to be presented at a hearing on this matter, demonstrating good cause to grant this motion.

Dated: Honolulu, Hawaii, May 9, 2006.

_____
JAMES T. LOW
Defendant Pro Se