IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00260 JMS |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES T. LOW, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was duly served by by hand delivery on May 9, 2006, addressed as follows:

EDWARD H. KUBO, JR.
U.S. Attorney
MARK A. INCIONG
Assistant U.S. Attorney
Room 6-100, Prince Jonah Kuhio
  Kalanianaole Federal Building
300 Ala Moana Boulevard, Box 50183
Honolulu, HI 96850
  Attorneys for Plaintiff
  UNITED STATES OF AMERICA

United States Pretrial Services Office
District of Hawaii
Rm 7-222, Prince Jonah Kuhio
Kalanianaole Federal Building
Honolulu, HI 96850-7222

DATED: Honolulu, Hawaii, May 9, 2006.

_____
RICHARD S. KAWANA
Standby Counsel for Defendant