JAMES T. LOW
# 92234-022
Federal Detention Center Honolulu
P.O. Box 30080
Honolulu, HI 96820
Tel. No.:(808) 538-4300
Defendant Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 09 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00260 JMS |
| Plaintiff, ) | DEFENDANT LOW'S VOIR DIRE QUESTIONS; CERTIFICATE OF SERVICE |
| vs. ) | |
| JAMES T. LOW, ) | DATE: June 6, 2006 |
| Defendant. ) | TIME: 9:00 a.m. |
| ) | JUDGE: J. Michael Seabright |

### DEFENDANT LOW'S VOIR DIRE QUESTIONS

Comes now JAMES T. LOW, Defendant pro se, and requests the court to ask the following voir dire questions of the jurors in this case. Defendant further requests that he be allowed to voir dire the jury panel personally.

Dated: Honolulu, Hawaii, May 5, 2006.

JAMES T. LOW
Defendant Pro Se

(CERTIFICATE OF SERVICE ATTACHED)