# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/15/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00260JMS |
| CASE NAME: | USA v. (01) James Low |
| ATTYS FOR PLA: | Mark Inciong |
| ATTYS FOR DEFT: | (01) James Low, Pro Se |
| | (01) Richard Kawana, Stand-by Counsel |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S.C. Chang | REPORTER: | FTR C5 |
| DATE: | 5/15/2006 | TIME: | 10:05-10:15am |

COURT ACTION:  EP:
1. Defendant's Motion for Reconsideration of Order Granting Government's Motion to Detain Defendant Without Bail as to Defendant (01) James Low
2. Final Pretrial Conference

Defendant present, in custody with stand-by counsel Richard Kawana.

Government opposes the motion.  Motion for Reconsideration denied.  Government to prepare the order.


**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge J. Michael Seabright on June 6, 2006 at 9:00.a.m..

Representations by counsel on trial time:
The United States: 4 days (3 days for the case-in-chief)

Defendant: (01) - 1 - 2 days

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants:

1. <u>Fed. R. Evid. 404(b)</u> : (government already filed motion)
2.    a.    Motions in Limine filed and served by :May 17, 2006.
      b.    Memoranda in opposition to motions in limine filed and served by: May 22, 2006.
3. <u>Brady and Giglio Material</u> by: May 17, 2006.  (No Brady per government)
4.    a.    Jury Instructions exchanged by May 17, 2006.
      d.    Filings required by 4(b) & (c) by: May 24, 2006.
5. Witness Lists per stipulation by May 30, 2006.
6. <u>Exhibits</u>
      a.    Parties will exchange exhibits.
      b.    Original exhibits tabbed and in folders/binders, copy in folders/binders.
7. <u>Stipulations</u>: In writing and filed by May 24, 2006.
8. <u>Voir Dire Questions</u>: In writing by May 24, 2006.
9. <u>Trial Briefs</u>: by May 24, 2006.
10. <u>Jencks Disclosures</u> by the Friday before trial
11. <u>Other Matters</u>:
12. N/A

Submitted by: Shari Afuso, Courtroom Manager

CR05-260JMS
USA v. (01) James Low
Final Pretrial Conference Minutes
5/15/2006