ORIGINAL

JAMES T. LOW
# 92234-022
Federal Detention Center Honolulu
P.O. Box 30080
Honolulu, HI 96820
Tel. No.:(808) 538-4300
Defendant Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 15 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JAMES T. LOW,<br><br>   Defendant. | CR. NO. 05-00260 JMS<br><br>DEFENDANT'S MOTION TO DISMISS INDICTMENT FOR VIOLATION OF RIGHT TO SPEEDY TRIAL; DECLARATION; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>DATE: June 1, 2006<br>TIME: 9:00 a.m.<br>JUDGE: J. Michael Seabright |

TW: 6/6/06

### DEFENDANT'S MOTION TO DISMISS INDICTMENT FOR VIOLATION OF RIGHT TO SPEEDY TRIAL

COMES NOW JAMES T. LOW, Defendant pro se, and moves for an order dismissing all charges against him for violation of his right to speedy trial. This motion is made pursuant to Rules 12(b) and 47, Federal Rules of Criminal Procedure, and is based 18 U.S.C. § 3161, the Fifth and Sixth Amendments, the files and records of this case, the

attached declaration of defendant, and all matters properly before the court and to be presented at a hearing on this matter, demonstrating good cause to grant this motion.

Dated: Honolulu, Hawaii, May 10, 2006.

_____
JAMES T. LOW
Defendant Pro Se