ORIGINAL

JAMES T. LOW
# 92234-022
Federal Detention Center Honolulu
P.O. Box 30080
Honolulu, HI 96820
Tel. No.:(808) 538-4300
Defendant Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 15 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JAMES T. LOW,  )<br>  )<br>  )<br>            Defendant.  )<br>_____  ) | CR. NO. 05-00260 JMS<br><br>DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF UNCHARGED CRIMINAL CONDUCT OR OTHER CRIMES, WRONGS, OR ACTS; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>DATE: June 1, 2006<br>TIME: 9:00 a.m.<br>JUDGE: J. MICHAEL SEABRIGHT<br><br>TW: 6/6/06 |

DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF
UNCHARGED CRIMINAL CONDUCT OR OTHER CRIMES, WRONGS, OR ACTS

COMES NOW JAMES T. LOW, DEFENDANT PRO SE, and moves in limine pursuant to Fed.R.Cr.P. 12 and Fed.R.Evid. 104(a) and 404(b) for a pretrial determination of the admissibility character evidence of uncharged criminal conduct or other crimes, wrongs, or acts, including the arrest and conviction record of the defendant, and their exclusion from all use as evidence in this case.

This motion is based upon the attached declaration and memorandum in support of motion, the files and records of this case, any evidence and testimony to be adduced in support hereof, and upon all such further matters, demonstrating good cause to grant this motion.

DATED: Honolulu, Hawaii, May 9, 2006.

JAMES T. LOW
Defendant Pro Se