IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00260 JMS |
|---|---|---|
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES T. LOW, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document will be duly served on May 15, 2006, by hand delivery upon the following:

EDWARD H. KUBO, JR.
United States Attorney
MARK A. INCIONG
Assistant United States Attorney
Prince Jonah Kuhio Kalanianaole
   Federal Bldg, Rm 6-100
300 Ala Moana Blvd., Box 50183
Honolulu, HI 96850
  Attorneys for Plaintiff
  UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, May 15, 2006.

                                             /s/ Richard S. Kawana
                                             RICHARD S. KAWANA
                                             Standby Counsel for Defendant