ORIGINAL

JAMES T. LOW
# 92234-022
Federal Detention Center Honolulu
P.O. Box 30080
Honolulu, HI 96820
Tel. No.:(808) 538-4300
Defendant Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00260 JMS |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION TO SEVER |
| | ) | COUNTS; DECLARATION; |
| vs. | ) | MEMORANDUM IN SUPPORT OF |
| | ) | MOTION; CERTIFICATE OF |
| JAMES T. LOW, | ) | SERVICE |
| | ) | |
| | ) | DATE: June 1, 2006 |
| Defendant. | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: J. MICHAEL SEABRIGHT |

TW: 6/6/06

### DEFENDANT'S MOTION TO SEVER COUNTS

COMES NOW JAMES T. LOW, Defendant pro se, and moves for an order severing counts 1 and 2 from count three of the indictment. This motion is made pursuant to Rules 12(b) and 47, Federal Rules of Criminal Procedure, and is based upon the Fifth and Sixth Amendments, the files and records of this case, the attached memorandum and declaration of defendant, and all matters properly before the court and to be presented at a

hearing on this matter, demonstrating good cause to grant this motion.

Dated: Honolulu, Hawaii, May 12, 2006.

_____
JAMES T. LOW
Defendant Pro Se