IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00260 JMS |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES T. LOW, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was duly served by by hand delivery on May 16, 2006, addressed as follows:

EDWARD H. KUBO, JR.
U.S. Attorney
MARK A. INCIONG
Assistant U.S. Attorney
Room 6-100, Prince Jonah Kuhio
  Kalanianaole Federal Building
300 Ala Moana Boulevard, Box 50183
Honolulu, HI  96850
   Attorneys for Plaintiff
   UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, May 16, 2006.

RICHARD S. KAWANA
Standby Counsel for Defendant