IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00260 JMS |
| | ) | |
| Plaintiff, | ) | DECLARATION |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES T. LOW, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DECLARATION

I, JAMES T. LOW, hereby declare as follows:

1. I am the defendant in this case and I am proceeding to trial as a pro se defendant;

2. I was arrested on or about June 8, 2005.

3. On information and belief, the government searched a locker in my name pursuant to a search and seized four firearms and over 700 rounds of ammunition on or about the same date that I was arrested.

4. After the government was advised that I did not wish to enter a guilty plea and that I wished to represent myself at trial, the government filed a second superseding indictment on or about April 12, 2006 charging me for the first time with I possession of the firearms and ammunition;

5. I believe that I was charged by the government with the firearms and

ammunition count to punish me for wishing to exercise my constitutional rights to go to trial before a jury.

6. I therefore respectfully submit that good cause exists to grant this motion.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: Honolulu, Hawaii, May 12, 2006.

_____
JAMES T. LOW