RICHARD S. KAWANA #1608
4 South King Street, Suite 201
Honolulu, HI 96813
Tel. No.:(808) 536-6805
Fax No: (808) 536-7195
Standby Counsel for Defendant
JAMES T. LOW

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00260 JMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | AMENDED CERTIFICATE OF |
| vs. | ) | SERVICE (DEFENDANT'S MOTION |
| | ) | TO SEVER COUNTS) |
| JAMES T. LOW, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

AMENDED CERTIFICATE OF SERVICE
(DEFENDANT'S MOTION TO SEVER COUNTS)

The Certificate of Service for Defendant's Motion to Sever Counts, filed herein on May 16, 2006, is hereby amended as hereinafter set forth: I hereby certify that, on the dates and by the method of service noted below, a true and correct copy of Defendant's Motion to Sever Counts aforesaid, was served on the following at his last known address: Served electronically through CM/ECF:

Mark A. Inciong    mark.inciong@usdoj.gov    May 16, 2006

DATED: Honolulu, Hawaii, May 16, 2006.

/s/ Richard S. Kawana
RICHARD S. KAWANA
Standby Counsel for Defendant