FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 18 2006

at __3__ o'clock and __50__ min. __P__M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL 05-00260JMS-01 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES LOW, | ) | |
| | ) | |
| Defendant(s). | ) | |

ORDER RE-ASSIGNING CASE

Good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled case originally assigned to the Honorable J. Michael Seabright is reassigned to the Honorable Alan C. Kay.

DATED at Honolulu, Hawaii on __5·18·06__.

Helen Gillmor,
Chief, United States District Judge