EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00260 JMS |
| | ) | |
| Plaintiff, | ) | UNITED STATES' RESPONSE |
| | ) | TO DEFENDANT LOW'S MOTION |
| v. | ) | TO PRECLUDE VOUCHING FOR |
| | ) | CREDIBILITY OF GOVERNMENT |
| JAMES LOW,        (01) | ) | WITNESSES; |
| | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |
| | ) | |
| | ) | DATE: June 1, 2006 |
| | ) | TIME: 9:00 a.m. |
| _____ | ) | JUDGE: Hon. Alan C. Kay |

**UNITED STATES' RESPONSE TO DEFENDANT LOW'S
MOTION TO PRECLUDE VOUCHING FOR THE
CREDIBILITY OF GOVERNMENT WITNESSES**

COMES NOW the United States of America, by and through Edward H. Kubo, Jr., United States Attorney, and Mark A. Inciong, Assistant United States Attorney, and hereby files its response to Defendant Low's motion to preclude vouching for the

credibility of government witnesses.  Said response is based upon the files and records of this case, together with the attached memorandum of points and authorities.

I

**POINTS AND AUTHORITIES**

A.  **THE PROSECUTION HAS NO INTENTION OF VOUCHING IN ANY WAY FOR ANY GOVERNMENT WITNESSES AT TRIAL**

The United States is well aware of the legal and ethical prohibitions of vouching for the credibility of any of its witnesses.  The United States assures the Defendant and the trial Court that it will not engage in any such inappropriate conduct at trial.  The United States simply makes the same request of Defendant.

II

**CONCLUSION**

The United States agrees that no witness vouching should occur from either party at trial and joins in the Defendant's motion.

DATED: May 19, 2006, at Honolulu, Hawaii.

                EDWARD H. KUBO, JR.
                United States Attorney


            By /s/ Mark A. Inciong
               MARK A. INCIONG
               Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

JAMES LOW                                               May 22, 2006
Federal Detention Center
P. O. Box 30080
Honolulu, HI 96820
Defendant PRO SE


RICHARD KAWANA, ESQ.                                    May 22, 2006
810 Richards Street, Suite 851
Honolulu, HI 96813
Standby Counsel for Defendant
JAMES LOW


DATED:  Honolulu, Hawaii, May 22, 2006.


                                        /s/ M. Derby-Taufa'asau