EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00260 JMS |
| | ) | |
| Plaintiff, | ) | UNITED STATES' RESPONSE AND |
| | ) | TO DEFENDANT LOW'S MOTION |
| v. | ) | TO DISMISS INDICTMENT FOR |
| | ) | VIOLATION OF RIGHT TO A |
| JAMES LOW,           (01) | ) | SPEEDY TRIAL; |
| | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |
| | ) | |
| | ) | DATE: June 1, 2006 |
| | ) | TIME: 9:00 a.m. |
| _____ ) | | JUDGE: Hon. Alan C. Kay |

**UNITED STATES' RESPONSE TO DEFENDANT LOW'S
MOTION TO DISMISS THE INDICTMENT FOR
<u>VIOLATION OF RIGHT TO A SPEEDY TRIAL</u>**

COMES NOW the United States of America, by and through

Edward H. Kubo, Jr., United  States Attorney, and Mark A.

Inciong, Assistant United States Attorney, and hereby files its

response to Defendant Low's motion to dismiss the indictment for

violation of his right to a speedy trial.  Said response is based upon the files and records of this case, together with the attached memorandum of points and authorities.

I

**POINTS AND AUTHORITIES**

    A.   THERE HAS BEEN NO SPEEDY TRIAL VIOLATION

Contrary to Defendant Low's assertions, his trial has been delayed on a number of occasions and for a number of reasons all attributable to the Defendant.  First, he knowingly and voluntarily continued the trial date and "waived time" time from the Speedy Trial Act computation by way of stipulations filed on August 11, 2005, November 10, 2005, February 7, 2006 and May 12, 2006.  In August, 2005, Defendant indicated he wished to resolve the case without a trial and entered into a cooperation agreement with the Government.  Pursuant to that agreement, the Defendant was debriefed by federal agents on August 31, 2005.  Despite a productive meeting, the Defendant later reversed course and indicated he no longer wished to cooperate or resolve his case short of trial.  As a result, Defendant's trial was delayed further

Thus, it is clear that all the delays which have occurred in this matter have been at the behest and benefit of the Defendant.  Thus, there has been no violation of the Speedy Trial Act.

2

**II**

**CONCLUSION**

Because on all of the above, the United States respectfully requests that Defendant Low's motion to dismiss be denied.

DATED: May 19, 2006, at Honolulu, Hawaii.

                                        EDWARD H. KUBO, JR.
                                        United States Attorney

                                        By /s/ Mark A. Inciong
                                           MARK A. INCIONG
                                           Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

| | |
|---|---|
| JAMES LOW<br>Federal Detention Center<br>P. O. Box 30080<br>Honolulu, HI 96820<br>Defendant PRO SE | May 22, 2006 |
| RICHARD KAWANA, ESQ.<br>810 Richards Street, Suite 851<br>Honolulu, HI 96813<br>Standby Counsel for Defendant<br>JAMES LOW | May 22, 2006 |

DATED:  Honolulu, Hawaii, May 22, 2006.

/s/ M. Derby-Taufa'asau