EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00260 JMS |
| | ) | |
| Plaintiff, | ) | UNITED STATES' RESPONSE AND |
| | ) | TO DEFENDANT LOW'S MOTION |
| v. | ) | TO DISMISS INDICTMENT FOR |
| | ) | VINDICTIVE PROSECUTION; |
| JAMES LOW,       (01) | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | DATE: June 1, 2006 |
| | ) | TIME: 9:00 a.m. |
| _____ ) | | JUDGE: Hon. Alan C. Kay |

**UNITED STATES' RESPONSE TO
DEFENDANT'S MOTION TO DISMISS THE
<u>INDICTMENT FOR VINDICTIVE PROSECUTION</u>**

COMES NOW the United States of America, by and through Edward H. Kubo, Jr., United States Attorney, and Mark A. Inciong, Assistant United States Attorney, and hereby files its response to Defendant Low's motion to dismiss the indictment for

vindictive prosecution.  Said response is based upon the files and records of this case, together with the attached memorandum of points and authorities.

I

**POINTS AND AUTHORITIES**

    A.   THERE HAS BEEN NO VINDICTIVE PROSECUTION

Defendant Low fails to make any showing of vindictive prosecution.  On three separate occasions, a federal grand jury panel has returned indictments in this matter against Low for various federal criminal violations.  The most recent of those, a Second Superseding Indictment returned on April 12, 2006, added one count against Low.  There has been no evidence proffered by Defendant Low as to any impropriety in the grand jury proceedings in this matter.  As such, the indictments returned by this independent investigative body are per se proof of probable cause that Low committed each of the crimes with which he is charged.  Thus, by definition, there can be no vindictive prosecution and Defendant's motion should be denied.

//

//

//

**II**

**CONCLUSION**

Because on all of the above, the United States respectfully requests that Defendant Low's motion to dismiss be denied.

DATED: May 19, 2006, at Honolulu, Hawaii.

                                      EDWARD H. KUBO, JR.
                                      United States Attorney

                                By /s/ Mark A. Inciong
                                    MARK A. INCIONG
                                    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

| | |
|---|---|
| JAMES LOW<br>Federal Detention Center<br>P. O. Box 30080<br>Honolulu, HI 96820<br>Defendant PRO SE | May 22, 2006 |
| RICHARD KAWANA, ESQ.<br>810 Richards Street, Suite 851<br>Honolulu, HI 96813<br>Standby Counsel for Defendant<br>JAMES LOW | May 22, 2006 |

DATED:  Honolulu, Hawaii, May 22, 2006.

/s/ M. Derby-Taufa'asau