EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG   CA BAR #163443
Assistant U. S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00260 JMS |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S WITNESS LIST; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | Trial: June 6, 2006 |
| JAMES LOW,          (1) | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Alan C. Kay |
| Defendant. | ) | |
| _____ | ) | |

GOVERNMENT'S WITNESS LIST

The Government hereby submits its witness list, attached hereto, in the above-captioned matter.

The United States expects to call the following witnesses in its case-in-chief, although it reserves the right to

change the order of these witnesses, substitute witnesses, add witnesses or omit one or more witnesses.

DATED: May 30, 2006, at Honolulu, Hawaii.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii
>
>By /s/ Mark A. Inciong
>    MARK A. INCIONG
>    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by First Class Mail:

| | |
|---|---|
| JAMES LOW<br>Federal Detention Center<br>P. O. Box 30080<br>Honolulu, HI 96820<br>Defendant PRO SE | May 30, 2006 |
| RICHARD KAWANA, ESQ.<br>810 Richards Street, Suite 851<br>Honolulu, HI 96813<br>Standby Counsel for Defendant<br>JAMES LOW | May 30, 2006 |

DATED:  Honolulu, Hawaii, May 30, 2006.

/s/ M. Derby-Taufa'asau

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    vs.<br>**JAMES LOW (1)** | **WITNESS LIST**<br><br>CR. NO. 05-00260 JMS |

| Presiding Judge<br>**ALAN C. KAY** | Plaintiff's Attorney<br>**MARK A. INCIONG, AUSA** | Defendants' Attorney<br>**JAMES LOW, PRO SE (1)**<br>**RICHARD KAWANA, ESQ.**<br>**(Stand-By Counsel)** |
|---|---|---|
| Trial Date<br>**June 6, 2006** | Court Reporter | Courtroom Deputy<br>**Leslie Sai** |

| Plf. No. | Witness |
|---|---|
| 1 | Special Agent Gerald Lawson, DEA |
| 2 | Special Agent Jason Alznauer, DEA |
| 3 | Michael Silva |
| 4 | Forensic Chemist Leah Carney, DEA |
| 5 | Forensic Chemist Harry Burnett, DEA |
| 6 | Carol Yatsuoka, Public Storage Custodian of Records |
| 7 | Bibian Nguyen |
| 8 | James Low, Sr. |
| 9 | Thomas Cayetano, DEA Task Force Officer |
| 10 | Roel Gapusan, DEA Task Force Officer |
| 11 | Special Agent James Yuen, DEA |
| 12 | Watson Moe, DEA Task Force Officer |
| 13 | Damien Freitas, DEA Task Force Officer |
| 14 | Michael Johnson, Honolulu Police Officer |
| 15 | Lawrence Peralta, DEA Task Force Officer |
| 16 | Joyce Alapa, DEA Task Force Officer |
| 17 | Special Agent Michael Saenz, ATF |
| 18 | Special Agent Jordan Lowe, ATF |
| 19 | Special Agent Charles Pang, ATF |