# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/31/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR05-00260ACK

CASE NAME:    USA v. (01) James Low

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Kevin S.C. Chang        REPORTER:

DATE:    5/31/2006        TIME:

---

COURT ACTION:  EO: Motion for Discovery as to defendant 01 set 5/31/06 before Judge Chang has been moved to 6/1/06 at 9:00am before Judge Kay.

Submitted by: Shari Afuso, Courtroom Manager