# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/05/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00260ACK |
| CASE NAME: | United States of America Vs. (01) James Low |
| ATTYS FOR PLA: | Mark A. Inciong |
| ATTYS FOR DEFT: | (01) James Low, Pro Se and Stand By Counsel-Richard Kawana and Pearl Low-Defendant's Mother |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Stephen Platt |
| DATE: | 06/05/2006 | TIME: | 1:00pm-1:20pm |

COURT ACTION:  EP: Status Conference-Defendant present in Custody.

Court will reconsider it's ruling of 6/1/2006 on [103] Defendant's Motion to Dismiss Indictment for violation of right to Speedy Trial and set this matter for further hearing on 6/8/2006 @l0:30 a.m. before this Court.  Government Counsel and the Defendant-Pro Se may file an additional Memorandum regarding this Motion by 6/7/2006.

Jury Selection/Jury Trial set for 6-6-2006 is hereby continued to 6/14/2006 @9:30 a.m. before Judge Kay.

Court hereby states the findings on the record regarding time excluded from 6-5-2006 through 6/14/2006.


Submitted by Leslie L. Sai, Courtroom Manager