# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/8/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00260ACK |
| CASE NAME: | USA vs. (01) JAMES LOW |
| ATTYS FOR PLA: | Mark A. Inciong |
| ATTYS FOR DEFT: | (01) James Low, Pro Se<br>Richard S. Kawana, Standby Counsel |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Sharon Ross |
| DATE: | 6/8/2006 | TIME: | 10:35-11:05 |

COURT ACTION:  EP: Defendant's Motion to Dismiss Indictment for Violation of Right to Speedy Trial - Defendant (01) James Low present in custody. Defendant's Mother Pearl Low present.

Arguments heard.

Motion to Dismiss Indictment for Violation of Right to Speedy Trial Granted without prejudice.  Court's Order will not take effect until 12 Noon today.

Court to produce a more detailed written Order later.

Defendant (01) James Low remanded to the custody of the US Marshal.

Jury Selection/Trial set for 9:00 6/14/06 before Judge Alan C. Kay is Vacated.

Submitted by: Warren N. Nakamura, Courtroom Manager